PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

AUG 0 5 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>               v.<br><br>JACK HAMILTON FELLOWS,<br><br>                          Defendant. | CASE NO. *1:21-CR-00201-NONE-SKO*<br><br>18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence (Counts One and Two);<br><br>18 U.S.C. § 113(a)(4) – Assault by Striking, Beating or Wounding (Count Three);<br><br>18 U.S.C. § 113(a)(8) – Assault by Strangulation (Count Four) |

### I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2261(a)(1) - Interstate Domestic Violence]

    The Grand Jury charges: T H A T

                  JACK HAMILTON FELLOWS,

defendant herein, on or about April 22, 2021, in the State and Eastern District of California, while

present within the special maritime and territorial jurisdiction of the United States, with the intent to

injure, harass, and intimidate L.M., an intimate partner and dating partner of said defendant, and, while

in the course of and as a result of said presence, committed and attempted to commit a crime of violence

against L.M., to wit: assault by striking, beating and wounding L.M., in violation of Title 18, United

States Code, Section 113(a)(4)), all in violation of Title 18, United States Code, Section 2261(a)(1).

INDICTMENT

1

1  COUNT TWO: [18 U.S.C. § 2261(a)(1) - Interstate Domestic Violence]

2        The Grand Jury charges: T H A T

3                              JACK HAMILTON FELLOWS,

4  defendant herein, on or about April 24, 2021, in the State and Eastern District of California, while

5  present within the special maritime and territorial jurisdiction of the United States, with the intent to

6  injure, harass, and intimidate L.M., an intimate partner and dating partner of said defendant, and, while

7  in the course of and as a result of said presence, committed and attempted to commit a crime of violence

8  against L.M., to wit:  assault by strangulation, in violation of Title 18, United States Code, Section

9  113(a)(8)), all in violation of Title 18, United States Code, Section 2261(a)(1).

10 COUNT THREE: [18 U.S.C. § 113(a)(4) – Assault By Striking, Beating and Wounding]

11        The Grand Jury further charges: T H A T

12                              JACK HAMILTON FELLOWS,

13 defendant herein, on or about April 22, 2021, in Yosemite National Park, in the State and Eastern

14 District of California, in the special maritime and territorial jurisdiction of the United States, did assault

15 victim L.M. by striking, beating and wounding L.M., in violation of Title 18, United States Code,

16 Section 113(a)(4).

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

INDICTMENT                                    2

1  COUNT FOUR: [18 U.S.C. § 113(a)(8) – Assault By Strangulation]

2      The Grand Jury further charges: T H A T

3                  JACK HAMILTON FELLOWS,

4  defendant herein, on or about April 24, 2021, in Yosemite National Park, in the State and Eastern

5  District of California, in the special maritime and territorial jurisdiction of the United States, did

6  intentionally assault L.M., an intimate partner and dating partner of said defendant, by strangling L.M.,

7  in violation of Title 18, United States Code, Section 113(a)(8).

8

9

10                            A TRUE BILL.

11                             /s/ Signature on file w/AUSA

12

13                            FOREPERSON

14  PHILLIP A. TALBERT
   Acting United States Attorney

15  **HENRY Z. CARBAJAL for**

16  KIRK E. SHERRIFF
   Assistant U.S. Attorney

17  Chief, Fresno Branch Office

18

19

20

21

22

23

24

25

26

27

28