No. _____

SEALED

FILED

AUG 05 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

JACK HAMILTON FELLOWS

1:21-CR-00201-NONE-SKO

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence (Counts One and Two);
18 U.S.C. § 113(a)(4) – Assault by Striking, Beating or Wounding (Count Three);
18 U.S.C. § 113(a)(8) – Assault by Strangulation (Count Four)

*A true bill,*

/S/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
*Clerk.*

*Bail, $* \_\_ ISSUE NO BAIL WARRANT

_____
STANLEY A. BOONE, U. S. Magistrate Judge

GPO 863 525

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)   ☐ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: **Yosemite National Park**

U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City): EDCA
**Fresno, CA**

**DEFENDANT -- U.S. vs.**

▶ **JACK HAMILTON FELLOWS**

Address:

Birth Date:
☐ Male   ☐ Alien
☐ Female   (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
**NPS – SA Cullen Tucker**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

Name and Office of Person Furnishing Information on THIS FORM: **Melina Ortiz**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **Antonio Pataca**

☐ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Penalties: See Penalty Slip. Please issue no bail warrant.

# PENALTY SLIP

## JACK HAMILTON FELLOWS

**COUNTS ONE AND TWO:**

    VIOLATION:    18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence

    PENALTY:    5 years maximum term of imprisonment
    $250,000 Fine
    3 yrs. supervised release
    $100 special assessment

**COUNT THREE:**

    VIOLATION:    18 U.S.C. § 113(a)(4) – Assault by striking, beating, and wounding

    PENALTY:    1 year maximum term of imprisonment
    $100,000 Fine
    1 year supervised release
    $25 special assessment

**COUNT FOUR:**

    VIOLATION:    18 U.S.C. § 113(a)(8) – Assault by strangulation

    PENALTY:    10 years maximum term of imprisonment
    $250,000 Fine
    3 yrs. supervised release
    $100 special assessment