PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

AUG 05 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

**SEALED**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACK HAMILTON FELLOWS, <br><br> Defendant. | CASE NO. 1:21-CR-00201-NONE-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 5, 2021, charging the above defendant with a violation of 18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence (Counts One and Two); 18 U.S.C. § 113(a)(4) – Assault by Striking, Beating or Wounding (Count Three); 18 U.S.C. § 113(a)(8) – Assault by Strangulation (Count Four), be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall

//
//
//

disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: August 5, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  August 5, 2021

STANLEY A. BOONE
U.S. Magistrate Judge