UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00201-NONE-SKO |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| JACK HAMILTON FELLOWS | |
| Defendant. | |

Good cause due to the defendant's pending initial appearance on the Indictment in the District of Massachusetts, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **August 11, 2021**

_____
UNITED STATES MAGISTRATE JUDGE