HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00201-NONE-SKO |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| JACK HAMILTON FELLOWS, | |
| Defendant, | |

Defendant Jack Hamilton Fellows, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On August 5, 2021, an Indictment was issued in the above captioned case. Mr. Fellows had an initial appearance on the allegations in the District of Massachusetts on August 11, 2021, at which time the Court appointed counsel and ordered he be released. Counsel in the Eastern District of California is needed in advance of arraignment in order to facilitate his appearance on August 27, 2021 in this district on the pending charges.

///

///

///

1    Therefore, after reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed.

DATED: August 18, 2021                   */s/ Eric V. Kersten*
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant Jack Hamilton Fellows is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **August 18, 2021**                     /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE