Kevin P. Rooney #107554
OF COUNSEL, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Specially Appearing on behalf of Defendant, JACK HAMILTON FELLOWS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACK HAMILTON FELLOWS,<br><br>　　　　Defendant | ) Case No.: 1:21-CR-00201-NONE-SKO<br>)<br>) REQUEST TO SPECIALLY APPEAR<br>) AND ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

Attorney Kevin P. Rooney hereby requests to specially appear before the Court for defendant Jack Hamilton Fellows' arraignment scheduled for August 27. 2021.

Counsel is requesting leave to make a Special Appearance while arrangement are completed for Mr. Fellow's representation by counsel. Counsel expects those arrangements to be finalized within  one week.

Dated:  August 26, 2021　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　s/ Kevin Rooney
　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　Specially appearing on behalf of
　　　　　　　　　　　　　　　　　　　　Defendant Jack Hamilton Fellows

## ORDER

IT IS SO ORDERED.

Dated:   **August 26, 2021**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE