Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JACK FELLOWS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1: 21 CR 201 NONE/SKO |
| Plaintiff, | ) Stipulation and Order To Modify PreTrial Release Conditions - Amended |
| vs. | ) |
| JACK FELLOWS, et al | ) |
| Defendants. | ) |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Mr. Fellows requests permission to visit his family in the United Kingdom during the upcoming Holiday season, specifically December 19, 2021 through January 4, 2022. The government has no objection to the proposed travel. Mr. Fellows is a citizen of the United Kingdom and lawfully resides and works in the United States pursuant to an F-1/OPT visa.

2. Current condition of Pretrial release 7(f), imposed on August 7, 2021 by the District of Massachusetts restricts Mr. Fellows's travel to the State of California unless otherwise approved in advance by the PSO, and condition of Pretrial release 7(b), imposed on

1

September 2, 2021 by the Eastern District of California required Mr. Fellows to surrender his passport and prohibits him from obtaining any travel documents.

3. Defense counsel has consulted PreTrial Services (PTS) regarding the proposed visit. PTS advised that they would leave the matter to the discretion of the Court.  PTS noted that Mr. Fellows has been fully compliant with the conditions of his release. PTS also noted that Mr. Fellows has lived in the United States for approximately fourteen months, been subject to supervision since August 2021, and does not have family ties to the United States.  Defense counsel notes that the alleged victim in the instant matter is a United States citizen and the defense has no indication or reason to believe that the alleged victim would be outside the United States during the proposed travel.

4. The parties have agreed that Mr. Fellows' release conditions  be modified by adding the following language:

> The previously imposed conditions of release are modified as follows:
>
> Mr. Fellows may travel to visit family in the United Kingdom; said travel beginning no sooner than December 19, 2021 and he shall return to the State of California no later than January 4, 2022.
>
> Mr. Fellow's passport shall be returned to him as of the date of this Order. Defense counsel may receive the passport on Mr. Fellow's behalf.  Mr. Fellows' use of the passport is limited to arrangements for his travel to visit family in the United Kingdom; said travel  beginning no sooner than December  19, 2021 and to include a return to the State of California no later than January 4, 2022. Mr. Fellows shall return passport his promptly on his return and that passport shall be returned to the Clerk of Court no later than January 11, 2022.
>
> ///
>
> ///

Mr. Fellows shall contact his assigned PreTrial Services Officer within  two business days of his return to the State of California..

It is so stipulated and agreed.

Dated: November __19__, 2021            PHILLIP A. TALBERT ACTING U.S. ATTY

                                                        ____s/ Antonio Pataca____
                                                        ANTONIO PATACA
                                                        Assistant United States Attorney

Dated:  November__19__, 2021            Respectfully submitted,

                                                        /s Kevin Rooney
                                                        KEVIN P. ROONEY
                                                        Attorney for defendant
                                                        JACK FELLOWS

<u>ORDER</u>

IT IS SO ORDERED, pursuant to the stipulation of the parties, that conditions of PreTrial release in this matter are modified as specified above.

Dated:  11/19/2021                        _/s/Sheila K. Oberto_
                                                        Hon. Sheila K. Oberto
                                                        United States Magistrate Judge

3