Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JACK FELLOWS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK FELLOWS, et al<br><br>Defendants. | Case No.: 1: 21 CR 201 JLT/SKO<br><br>Request To Withdraw Stipulation and Order To Modify PreTrial Release Conditions |

On October 14, 2022, defense counsel filed a stipulation and proposed order regarding travel and corresponding modification of the conditions of PreTrial release. The Court notified the parties that it would like additional information. Accordingly, the defense requests to withdraw the previously filed stipulation and proposed order at this time.

Defense counsel had discussed the withdrawal of the request with government counsel and believes there is no opposition to the withdrawal request.

Dated:  October 18, 2022                    Respectfully submitted,

   /s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
JACK FELLOWS

1

ORDER

IT IS SO ORDERED, the stipulation and proposed order to modify the Conditions of PreTrial release in this matter, filed on October 14, 2022, is withdrawn at this time.

Dated: 10/20/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge