Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JACK FELLOWS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK FELLOWS, et al<br><br>    Defendants. | Case No.: 1: 21 CR 201 JLT/SKO<br><br>Stipulation and Order To Modify PreTrial Release Conditions |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows and advise the Court that the PreTrial Services Office supports the proposed Order:

1. Mr. Fellows is in compliance with his conditions of PreTrial Release.

2. The parties have agreed that Mr. Fellows' release conditions be modified by removing the PreTrial Services Office from supervision and ending the restrictions on Mr. Fellows' travel.  All other terms and conditions of PreTrial Release would remain in place.

3. On November 19, 2021, the court modified the Mr. Fellows' defendant's conditions of release, allowing him to travel to the United Kingdom from December 19, 2021, until January 4, 2022. Doc. 22. On January 4, 2022, Mr. Fellows attempted to return to the

United States. However, United States Customs and Border Protection denied Mr. Fellows entry into the United States. Mr. Fellows reported the entry issue immediately and has been supervised remotely by PreTrial Services since January 4, 2022.   The stipulations and proposed orders regarding status conferences filed since February 2022 have noted this situation.

It is so stipulated and agreed.

Dated: December 14, 2022                              PHILLIP A. TALBERT, UNITED STATES ATTY

                                                            _s/ Antonio Pataca_____
ANTONIO PATACA
Assistant United States Attorney

Dated:  December 14, 2022                              Respectfully submitted,

                                                           /s Kevin Rooney_____
KEVIN P. ROONEY
Attorney for defendant
JACK FELLOWS

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that conditions of PreTrial release in this matter are modified as specified above.

Dated: 12/15/2022                                                  *Sheila K. Oberto*
                                                                                 Hon. Sheila K. Oberto
                                                                                 United States Magistrate Judge